UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGINIA GROS | CIVIL ACTION |
| VERSUS | NO: 08-5192 |
| J.P. MORGAN CHASE & COMPANY, ET AL | SECTION: "K" (4) |

### RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a) because of stock ownership in JP Morgan Chase Bank, N.A.

Therefore, in compliance with Canon 3(C), which requires the impartial and diligent performance of judicial duties, the undersigned recuses herself from the aforementioned matter.

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this __14th__ day of July 2009

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

JUL 1 4 2009

REALLOTTED TO
MAG. 1

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___